UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KINTAD PHILLIPS** | **CIVIL ACTION** |
| versus | **NO. 07-9730** |
| **N. BURL CAIN, WARDEN** | **SECTION: "N" (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on November 12, 2010 (Rec. Doc. No. 18), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Kintad Phillips** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 21st day of January, 2010.

UNITED STATES DISTRICT JUDGE